UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANDRE DAVIDSON,

      Petitioner,

        v.                         CAUSE NO. 3:26-CV-205-CCB-SJF

BRIAN ENGLISH, SAMUEL OLSON,
TODD LYONS, KRISTI NOEM, and
PAMELA BONDI,

      Respondents.

## <u>ORDER</u>

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted, ordering respondents to release Andre Davidson on the same conditions of supervised release that existed before his re-detention. ECF 19. Respondents report that the petitioner has since been released. ECF 21. The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on March 25, 2026.

                               /s/ *Cristal C. Brisco*
                               CRISTAL C. BRISCO, JUDGE
                               UNITED STATES DISTRICT COURT